IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00537-WYD-KLM

JACOB IND,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
SUSAN JONES;
MARY NELL MCCORMICK;
MCCAIN HILDEBRAND;
RENE OLIVETT; and
JAMES W. BROWN,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Amend or Supplement Complaint** [Docket No. 6; Filed April 3, 2009].  Plaintiff may amend his complaint once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a) as no answer or responsive pleading has been filed.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court deems Plaintiff's complaint [Docket No. 3] to be amended to include Claim IV as set forth in Docket No. 6.

      IT IS HEREBY **ORDERED** that Defendants shall include Claim IV in their answer or response to Plaintiff's complaint.  Defendants' answer date remains June 12, 2009 [Docket No. 12].

Dated:  April 17, 2009