IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00537-WYD-KLM

JACOB IND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
SUSAN JONES;
MARY NELL MCCORMICK;
MCCAIN HILDEBRAND;
RENE OLIVETT,
JAMES W. BROWN, and
ANTHONY DECESARO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2009

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* [Docket No. 2]. Since the filing of the initial complaint, Plaintiff has been given leave to file a Final Amended Complaint [Docket No. 44] which names a new party as a Defendant.

    IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant DeCesaro, who was added as a Defendant by the Final Amended Complaint [Docket No. 44].[1] If the Clerk is unable to obtain waivers of service from Defendant DeCesaro, the United States Marshal shall serve a copy of the Final Amended Complaint, Summons, and Order granting leave to amend personally on Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

    IT IS FURTHER **ORDERED** that Defendant DeCesaro or his counsel shall respond to the Final Amended Complaint [Docket No. 44] within **ten (10) days** from the date of

---

[1] An Order Granting Service [Docket No. 10] was previously issued, and waivers of service were executed for previously-named Defendants [Docket No. 11].

personal service or waiver of service pursuant to Fed. R. Civ. P. 15(a)(3).

Dated: September 28, 2009

BY THE COURT:

s/ Kristen L. Mix
United States Magistrate Judge
Kristen L. Mix

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00537-WYD-KLM

Jacob Ind
Prisoner No. 84247
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Anthony DeCesaro – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

James Xavier Quinn
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Anthony DeCesaro: FINAL AMENDED COMPLAINT FILED 9/28/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/28/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk