IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00537-WYD-KLM

JACOB IND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
SUSAN JONES;
MARY NELL MCCORMICK;
MCCAIN HILDEBRAND;
RENE OLIVETT; and
JAMES W. BROWN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of the Final Amended Complaint on September 28, 2009, Defendants' Combined Motion to Dismiss, filed July 13, 2009 [#27] is **DENIED AS MOOT**.

    Dated:  October 1, 2009.