IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00537-WJM-KLM

JACOB IND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MARY NELL MCCORMICK, and
UNKNOWN EMPLOYEES OF CSP AND CDOC,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Defendants' **Unopposed Motion For Protective Order Pursuant to Fed. R. Civ. P. 26(C)(1) and D.C.COLO.LCivR 30.2** [Docket No. 190; Filed May 13, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#190] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#190-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: May 13, 2013