IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00537-WJM-KLM

JACOB IND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MARY NELL MCCORMICK, and
UNKNOWN EMPLOYEES OF CSP AND CDOC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants CDOC's and Mary Nell McCormick's Motion to Seal Exs. J and L to Motion for Summary Judgment** [Docket No. 211; Filed June 28, 2013] (the "Motion"). The Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

In the Motion, the Moving Defendants claim that counsels' conferral regarding the Protective Order [#193] entered in this case satisfies their requirement to confer regarding the instant Motion. *Motion* [#211] at 1 n.2. That is not the case. Therefore,

    IT IS HEREBY **ORDERED** that the Motion [#211] is **DENIED without prejudice**.
    Dated: July 9, 2013