**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.:  09-cv-0537-WJM-KLM

JACOB IND,

       Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MARY NELL MCCORMICK, and
UNKNOWN EMPLOYEES OF CSP AND CDOC

       Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO RESTRICT ACCESS**
_____

      This matter is before the Court on Defendants Colorado Department of Corrections and Mary Nell McCormick's Unopposed Motion to Seal Ex. B to Response to Motion to Compel filed on July 22, 2013 (ECF No. 226).  The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

      Defendant's Unopposed Motion is GRANTED for good cause shown.  The Documents filed at ECF No. 216 shall remain RESTRICTED at RESTRICTION LEVEL 1 (viewable only by Case Participants and the Court).

2

Dated this 23rd day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge