IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date:   December 20, 2013
Court Reporter:   Gwen Daniel

_____

Civil Action No. 09-cv-00537-WJM-KILM          *Counsel:*

JACOB IND,                                     Sudee Wright
                                               Carrie Claiborne

          Plaintiff,

v.

COLORADO DEPARTMENT OF                         Jacob Massee
CORRECTIONS, et al.,                           Kristin Nett

          Defendants.

_____

**COURTROOM MINUTES**
_____

FINAL TRIAL PREPARATION CONFERENCE

02:05 p.m.    Court in Session

Appearances

Court's comments

This case is scheduled for a four-day bench trial January 6, 2014, commencing at 8:00 a.m.

**ORDERED:  1.     Plaintiff's Motion for Leave to Amend Final Pretrial Order (ECF No. 253) is DENIED AS MOOT.**

The Court the addresses the Defendants' Motion to Amend the Final Pretrial Order (ECF No. 252)

Discussion/Argument

**ORDERED:  2.     Defendant Mary Nell McCormick is stricken from the Final Pretrial Order, and she is not expected to be at trial.**

**The parties shall file a stipulation which outline the exact contours of relief that they want with respect to Mary McCormick's continued status as a party.**

Discussion/Argument

The parties stipulate that Claims One, Three and Four can be dismissed with prejudice subject to the plaintiff preserving his appeal rights and issues regarding immunity.

**ORDERED:  3.     The parties shall file by December 23rd a joint motion with respect to the dismissal of Claims 1, 3 and 4.**

**The trial will proceed on Claims 2 and 5 only.**

Discussion/Argument

**ORDERED:  4.     Defendants' Motion to Amend the Final Pretrial Order (ECF No. 252) is DENIED with respect to the four witnesses, Danny Foster, Susan Cross, James Gillis and Victoria Etter, being added to the May Call List; and the white supremascist drawings being added to the exhibit list.**

The Court addresses Plaintiff's Motion in Limine (ECF No. 246)

Discussion/Argument

**ORDERED:  5.     Plaintiff's Motion in Limine (ECF No. 246) is DENIED. Mr. Herrera will be allowed to testify at trial.**

**ORDERED:  6.     By Monday, December 30th Defendant shall file a supplemental report of Mr. Herrera which fully complies with the Rule 26 requirements for disclosures by non-retained experts.**

Court's comments

**ORDERED:  7.     Opening statements will be 20 minutes, with a two-minute warning.**

**ORDERED:  8.     No trial briefs shall be accepted.**

Discussion concerning settlement

Ms. Wright and Mr. Massee explain why settlement does not seem possible.

03:05 p.m.    Court in Recess
                Conference concluded
                Time: one hour