IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 09-cv-00537-WJM-KILM

JACOB IND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS and/or DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the bench trial, counsel for the parties shall retain custody of their respective original exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this ___7___ day of January 2014.

BY THE COURT:

_____
William J. Martínez, Judge

_____　　　　_____
Attorney for Plaintiff　　　　　　　　　　　　　Attorney for Defendants