**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-0537-WJM-KLM

JACOB IND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**ORDER VACATING JUDGMENT**

---

Pursuant to the Tenth Circuit's Opinion and Mandate (ECF Nos. 333–35), the Court ORDERS as follows:

1. The following docket entries are VACATED:

    a. Final Findings of Fact and Conclusions of Law (ECF No. 300);

    b. Final Judgment (ECF No. 301);

    c. Taxation of Costs (ECF No. 308); and

    d. Order RE: Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 319).

2. This case is DISMISSED AS MOOT.

Dated this 19th day of October, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge